# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE BABY BURNELL, | CASE NO. 1:10-cv-00049-SKO PC |
| Plaintiff, | ORDER DISMISSING CERTAIN CLAIMS |
| v. | |
| FERNANDO GONZALEZ, et al., | |
| Defendants. | |

Plaintiff Joe Baby Burnell ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to jurisdiction by a U.S. Magistrate Judge. (Doc. #9.)

On August 31, 2010, the Court issued an order finding that Plaintiff's complaint stated some cognizable claims against certain Defendants. The Court noted that Plaintiff failed to state any other claims against any other Defendants. The Court ordered Plaintiff to either file an amended complaint or notify the Court that he wished to proceed only on the claims found to be cognizable.

On September 17, 2010, Plaintiff notified the Court that he does not wish to amend and is willing to proceed only on the claims found to be cognizable. Based on Plaintiff's notice, this order now issues. See Noll v. Carlson, 809 F.2d 1446, 1448 (9th Cir. 1987) (prisoner must be given notice of deficiencies and opportunity to amend prior to dismissing for failure to state a claim).

Accordingly, it is HEREBY ORDERED that:

1. This action shall proceed on Plaintiff's Eighth Amendment claims against Defendants Razo, Moreno, and Rodriguez for the excessive use of pepper spray, and

   Plaintiff's Eighth Amendment claims against Defendants Olmus, Moreno, Martinez, and Razo for failing to decontaminate Plaintiff from the effects of the pepper spray; and

 2. Plaintiff's remaining claims are dismissed for failure to state a claim.

IT IS SO ORDERED.

**Dated:**   **September 26, 2010**        /s/ Sheila K. Oberto
                  UNITED STATES MAGISTRATE JUDGE