# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE BABY BURNELL, | CASE NO. 1:10-cv-00049-SKO PC |
| Plaintiff, | ORDER |
| v. | |
| FERNANDO GONZALEZ, et al., | |
| Defendants. | |

Plaintiff Joe Baby Burnell ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 27, 2010, Plaintiff was ordered to submit service forms, summonses and six copies of his complaint. (Doc. #15.) On October 13, 2010, the Court received completed summonses and service forms, but did not receive copies of the complaint. Plaintiff must submit six copies of his complaint to enable the U.S. Marshal to effect service of process.

Accordingly, the Court HEREBY ORDERS Plaintiff to submit six copies of his complaint within TWENTY (20) days of the date of service of this order. **Plaintiff is forewarned that the failure to comply with this order may result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

**Dated:   January 10, 2011**          /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE

1