# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE BABY BURNELL, | CASE NO. 1:10-cv–00049-LJO-BAM PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| FERNANDEZ GONZALEZ, et al., | (ECF No. 20) |
| Defendants. | THIRTY-DAY DEADLINE |

Plaintiff Joe Baby Burnell is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's complaint, filed November 17, 2009, against Defendants Razo, Moreno, Rodriguez, Olmus, and Martinez for deliberate indifference in violation of the Eighth Amendment. On March 5, 2012, Defendants filed a motion for summary judgment.

Plaintiff failed to file an opposition or a statement of non-opposition to the motion. Local Rule 230(l).

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall file an opposition or a statement of non-opposition to Defendants' motion for summary judgment within **thirty (30) days** from the date of service of this order; and

///
///
///

2. The failure to respond to Defendants' motion in compliance with this order will result in dismissal of this action, with prejudice, for failure to prosecute.

IT IS SO ORDERED.

**Dated:** **April 9, 2012**              /s/ **Barbara A. McAuliffe**
                                                        UNITED STATES MAGISTRATE JUDGE