# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE BABY BURNELL, | CASE NO. 1:10-cv–00049-LJO-BAM PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT (ECF No. 36) |
| v. | |
| FERNANDEZ GONZALEZ, et al., | THIRTY-DAY DEADLINE |
| Defendants. | |
| _____/ | |

Plaintiff Joe Baby Burnell is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On October 9, 2012, Defendant Martinez filed a motion for summary judgment.  (ECF No. 36.)  Plaintiff failed to file an opposition or a statement of non-opposition to the motion.  Local Rule 230(l).

Accordingly, it is HEREBY ORDERED that:

1.    Plaintiff shall file an opposition or a statement of non-opposition to Defendants' motion for summary judgment within **thirty (30) days** from the date of service of this order; and

2.    The failure to respond to Defendants' motion in compliance with this order will result in dismissal of this action, with prejudice, for failure to prosecute.

IT IS SO ORDERED.

Dated:    **November 14, 2012**            _____**/s/ Barbara A. McAuliffe**_____
                                                            UNITED STATES MAGISTRATE JUDGE

1