UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE BABY BURNELL,<br><br>    Plaintiff,<br><br>    v.<br><br>FERNANDEZ GONZALEZ, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1: 10-cv-00049-LJO-BAM-PC<br><br>ORDER DISMISSING PLAINTIFF'S COMPLAINT |

Plaintiff Joe Baby Burnell is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 9, 2012, Defendant Martinez filed a Motion for Summary Judgment. (Doc. 36.) Plaintiff failed to file an opposition or a statement of non-opposition to the motion. Local Rule 230(l).

On November 11, 2012, United States Magistrate Judge Barbara A. McAuliffe ordered Plaintiff to file a response to Martinez's Motion for Summary Judgment within thirty days. (Doc. 37, 1: 20-22.) The Magistrate Judge's order cautioned Plaintiff that "[t]he failure to respond to Defendants' motion . . . will result in dismissal of this action, with prejudice, for failure to prosecute." (Doc. 37, 1: 23-24.) As of August 8, 2013, Plaintiff has not filed a response to Defendant's Motion for Summary Judgment or otherwise responded to the Court's November 11, 2012 Order.

Accordingly, it is HEREBY ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE for failure to prosecute.

IT IS SO ORDERED.

Dated:   **August 8, 2013**                     **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE