UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE BABY BURNELL, | Case No. 1: 10-cv-00049-LJO-BAM-PC |
| Plaintiff, | ORDER DISMISSING PLAINTIFF'S COMPLAINT |
| v. | |
| FERNANDEZ GONZALEZ, et al., | |
| Defendants. | |

Plaintiff Joe Baby Burnell is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 9, 2012, Defendant Martinez filed a Motion for Summary Judgment. (Doc. 36.) Plaintiff failed to file an opposition or a statement of non-opposition to the motion. Local Rule 230(l).

On November 11, 2012, United States Magistrate Judge Barbara A. McAuliffe ordered Plaintiff to file a response to Martinez's Motion for Summary Judgment within thirty days. (Doc. 37, 1: 20-22.) The Magistrate Judge's order cautioned Plaintiff that "[t]he failure to respond to Defendants' motion . . . will result in dismissal of this action, with prejudice, for failure to prosecute." (Doc. 37, 1: 23-24.) As of August 8, 2013, Plaintiff has not filed a response to Defendant's Motion for Summary Judgment or otherwise responded to the Court's November 11, 2012 Order.

1

Accordingly, it is HEREBY ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE for failure to prosecute.

IT IS SO ORDERED.

Dated:   **August 8, 2013**              **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE